**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02115-WDM-BNB

UNITED STATES OF AMERICA,

    Petitioner,

  v.

ADAN GRADO,

    Respondent.
_____

**ORDER**
_____

This matter is before me on the Petitioner's Status Report informing me that, on April 16, 2008, Respondent submitted income tax returns for the years 2001-2005, inclusive, to the Internal Revenue Service. As a result, the Petitioner considers the Respondent to have complied with the IRS Summons which was issued pursuant to this litigation. The Petitioner considers this case now moot other than potential sanctions for the Respondent's contempt. My previous orders provided that if Respondent complied with my orders by April 21, 2008, the fine would not be assessed. From the Petitioner's Status Report, it appears that he has complied in substance with the previous orders.

Accordingly, no fine will be assessed, the hearing is vacated and this matter is dismissed with each party to pay its own costs.

DATED at Denver, Colorado, on April 21, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge